

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 13-02034 M |
| Adrienne Lopez DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of ___deft___, IT IS ORDERED that a detention hearing is set for ___Monday___, ___7/29/13___, at ___11:00___ ☒a.m. / ☐p.m. before the Honorable ___RALPH ZAREFSKY___, in Courtroom ___540 - Roybal___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___7/25/13___          ___[signed] Ralph Zarefsky___
                              U.S. District Judge/Magistrate Judge